Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−14908−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Luberky A. Guerrero de Mercado
  aka Luberky Mercado
  4530 Gail Lane
  Newfield, NJ 08344

Social Security No.:
  xxx−xx−6668

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 16, 2019
JAN: dac

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-14908-JNP
Luberky A. Guerrero de Mercado                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                Page 1 of 2              Date Rcvd: May 16, 2019
                                Form ID: 148               Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
```
db              +Luberky A. Guerrero de Mercado,    4530 Gail Lane,    Newfield, NJ 08344-9111
518197180       +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518075762       +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
518075763       +Chase Mtg,    700 Kansas Lane,    Monroe, LA 71203-4774
518243890       +JPMorgan Chase Bank, National Association,     Bankruptcy Department,    Mail Code LA4-5555,
                  700 Kansas Lane,    Monroe, LA 71203-4774
518133259       +JPMorgan Chase Bank, National Association,     McCalla Raymer Leibert Pierce, LLC,
                  485F US Highway 1 S, Suite 300,    Iselin, NJ 08830-3072
518075765       +Mpma Inc,    1138 E Chesnut Ave Ste 7,    Vineland, NJ 08360-5053
518160863       +NATIONSTAR MORTGAGE LLC,    RAS CITRON, LLC,    130 CLINTON ROAD, SUITE 202,
                  FAIRFIELD, NJ 07004-2927
518243027      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    d/b/a Mr. Cooper,
                  Bankruptcy Department P.O. Box 619096,    Dallas, TX 75261-9741)
518247417       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                  ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
518075766       +Parker McCay,    9000 Midlantic Drive, Suite 300,    P.O. Box 5054,
                  Attn: Kiera McFadden-Roan, Esquire,    Mount Laurel, NJ 08054-5054
518075767       +Pmab Llc,    4135 S Stream Blvd Ste 4,    Charlotte, NC 28217-4636
518177347       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine CA 92619-5004
518075768       +Rushmore Loan Mgmt Ser,    Pob 52708,    Irvine, CA 92619-2708
518075769       #+Seterus Inc,    14523 Sw Millikan Way,    Beaverton, OR 97005-2352
518174288       +U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
                  P.O. Box 52708,    Irvine, CA 92619-2708
518075770       +US Bank,    c/o Parker McCay,    P.O. Box 5054,    Attn: Kiera McFadden-Roan, Esquire,
                  Mount Laurel, NJ 08054-5054
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 00:00:39     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 00:00:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518075764      +E-mail/Text: bknotice@ercbpo.com May 17 2019 00:00:43      Enhanced Recovery Co L,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518142348       EDI: RESURGENT.COM May 17 2019 03:28:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                  PO BOX 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 4
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: May 16, 2019
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor    U.S. Bank National Association, et al.
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Charles M. Izzo    on behalf of Debtor Luberky A. Guerrero de Mercado cminj2001@yahoo.com,
           izzocr79754@notify.bestcase.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           NJ_ECF_Notices@mccalla.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6